# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00381-CV

---

**Bramlette Holland Browder, Appellant**

**v.**

**Rachel Moree and Clarence Dean Hinds, Jr., Appellees**

---

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-17-002349, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

---

## ORDER STAYING ISSUANCE OF MANDATE

**PER CURIAM**

Appellant Bramlette Holland Browder appealed from the district court's final order rendered in the underlying suit affecting the parent-child relationship (SAPCR), which denied him any conservatorship or possessory rights to the child the subject of the suit. We affirmed the final order. *See Browder v. Moree*, No. 03-19-00381-CV, 2021 WL 2231253, at *11 (Tex. App.—Austin June 2, 2021) (mem. op.), *pet. denied*, __ S.W.3d ___, 2022 WL 2282669, at *2 (Tex. June 24, 2022) (per curiam). Browder filed a petition for discretionary review with the Supreme Court of Texas. That court denied his petition on March 11, 2022, and denied his motion for rehearing on June 24. *See Browder*, 2022 WL 2282669, at *2.

Browder has now filed with this Court a motion asking that we stay issuance of our mandate. *See* Tex. R. App. P. 18.2 (providing for stay of issuance of mandate pending United States Supreme Court disposition of petition for writ of certiorari). Appellees have not

filed a response to Browder's motion. In his motion, Browder asserts that he will suffer "serious hardship" if the mandate is not stayed pending his filing of a petition for writ of certiorari and disposition thereof because the trial court's order will become a final enforceable SAPCR order that involves matters of "constitutional concern" including the denial of his right to a jury trial. He further contends that the denial of his right to a jury trial was due to "inconsistent rules throughout the state resulting in the right to a jury trial not being equally available to everyone in Texas."

We grant Browder's motion and will stay issuance of our mandate until further order. *See McIntosh v. Texas State Bd. of Dental Exam'rs*, No. 07-12-00196-CV, 2014 WL 4656628, at *1 (Tex. App.—Amarillo Sept. 17, 2014) (order) (granting motion to stay issuance of mandate). We order Browder to file with this court a written status report on or before October 19, 2022, regarding the status of his petition for writ of certiorari in the United States Supreme Court. If Browder fails to file a status report by that date, we will issue our mandate without further notice.

It is so ordered on July 21, 2022.


Before Justices Goodwin, Baker, and Kelly